## ADVERTISING CO. v. BRADSHAW, SEC. OF TRANSPORTATION

No. 12 PC

Case below: 48 N.C. App. 10

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 November 1980. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 4 November 1980.

## AUTO SUPPLY v. VICK

No. 19 PC

No. 11 (Spring Term)

Case below: 47 N.C. App. 701

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 November 1980.

## BREWER v. MAJORS

No. 18 PC

Case below: 48 N.C. App. 202

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 November 1980.

## CENTRAL SYSTEMS v. HEATING & AIR CONDITIONING CO.

No. 6 PC

Case below 48 N.C. App. 198

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1980.

## DARSIE v. DUKE UNIVERSITY

No. 23 PC

Case below: 48 N.C. App. 20

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 November 1980.